22ND JUDICIAL DISTRICT COURT

RECEIVED - FILED
JOHNNY D. CRAIN - CLERK

PARISH OF WASHINGTON, WASHINGTON PARISH

STATE OF LOUISIANA

2009 DEC 22 PM 3 05

NO. _100140_  DIV. "H"  DIVISION: _____ CLERK

**CALLIE PAINTER AND CURT ROME, JR.**

**VERSUS**

**FOREMOST INSURANCE COMPANY**

FILED: _____ DEPUTY CLERK: _____

## PETITION FOR DAMAGES AND BREACH OF CONTRACT

The petition of Callie Painter and Curt Rome, Jr., persons of the full age of majority and residents of and domiciled in the Tylertown, Mississippi, respectfully represent the following, to-wit:

1.

Made defendant herein is the following:

SOS
Jan. 26th

a) Foremost Insurance Company, upon information and belief, a foreign insurer authorized to do and doing business in the State of Louisiana with the Secretary of State as its agent upon whom citation and service are to be made.

2.

The defendant is liable unto petitioners for damages, plus legal interest from date of demand and all for court costs for the following reasons, to-wit:

3.

Prior to December 27, 2008 your petitioners Callie Painter and Curt Rome, Jr. entered into a contract of insurance under Policy # 103-0677076330-08 for their manufactured home located at 28405 Star Creek Road in Franklinton, Louisiana.

4.

On December 27, 2008 the aforementioned policy of insurance was in full effect through virtue of payments of premiums to the defendant Foremost Insurance Company.

5.

Upon information and belief the plaintiffs, Callie Painter and Curt Rome, Jr., purchased said policy of insurance which covered damages to the structure located at 28405 Star Creek

Road in Franklinton, Louisiana as well as the contents contained within the structure.

6.

On or about December 27, 2008 the trailer and the contents contained therein were destroyed by a fire.

7.

The plaintiffs, Callie Painter and Curt Rome, Jr., were not present at or inside the trailer at the time of the fire and it is believed that the fire which destroyed their home and property was caused by an accident.

8.

As of the date of the filing of this petition, Foremost Insurance Company has failed to pay full damages resulting from the fire on December 27, 2008.

9.

As a result of the above described fire, you petitioners, Callie Painter and Curt Rome, Jr., have suffered the following non-exclusive general and special damages.

10.

Callie Painter and Curt Rome, Jr. have suffered special damages in the form of the loss of their manufactured home as well as the loss of the property contained within the manufactured home.

11.

The plaintiffs have also suffered special damages in the form of living expenses and mortgage payments which have been paid following the destruction of their manufactured home.

12.

Callie Painter and Curt Rome, Jr. have also suffered general damages in the form of emotional distress and mental anguish due to defendant's failure to pay their losses which resulted from the destruction of their movable property and their manufactured home.

13.

Petitioners herein, Callie Painter and Curt Rome, Jr., are therefore entitled to damages for the items set forth above and additional damages which may be shown at the trial of this matter in such amounts as are reasonable under these premises.

14.

Petitioners allege that Foremost Insurance Company provided Callie Painter and Curt

Rome, Jr. a policy of insurance coverage which provided insurance coverage for any amounts of damages up to the contractual limits.

15.

Plaintiffs hereby makes demand upon Foremost Insurance Company in its capacity as insurer for Callie Painter and Curt Rome, Jr.

16.

Formal demand was made by the plaintiffs for their damages covered under the policy of insurance issued by Foremost Insurance Company. As of the date of the filing of this petition, the defendant, Foremost Insurance Company, has not made full tender of their policy limits nor a tender of a reasonable amount for Callie Painter and Curt Rome, Jr.'s damages resulting from the destruction of their home.

17.

As of the date of the filing of this petition, satisfactory proof of loss has been provided to the defendant, Foremost Insurance Company.

18.

Callie Painter and Curt Rome, Jr. in no way contributed to or caused the fire which destroyed their moveable property and home and are therefore entitled to coverage under their insurance policy.

19.

Plaintiffs seek attorney's fees and penalties for Foremost Insurance Company's arbitrary and capricious failure to pay damages owed under this policy of insurance under La. R.S. 22:1220 and La. R.S. 22:658.

**WHEREFORE**, petitioners, Callie Painter and Curt Rome, Jr., pray that defendant, Foremost Insurance Company be served with a certified copy of the petition, and cited and required to answer same; and that after due delays be had, that there be judgment herein in favor of petitioners, Callie Painter and Curt Rome, Jr., and against the defendant, Foremost Insurance Company in an amount to be determined by this Honorable Court, together with legal interest from date of judicial demand until paid, for all costs of these proceedings, attorney's fees, and for all general and equitable relief. Plaintiffs specifically prays that an award of attorney's fees be

awarded under La. R.S. 22:1220 and La. R.S. 22:658.

Respectfully submitted,

*[signature]*

GERARD P. ARCHER (#14053)
MATTHEW M. GOETZ (#@4437)
3525 N. Causeway Blvd.
Suite 201
Metairie, LA   70002
(504) 833-3036

PLEASE SERVE:

Foremost Insurance Company
through the Secretary of State
State of Louisiana

# GERARD P. ARCHER
### A PROFESSIONAL LAW CORPORATION
3525 N. CAUSEWAY BLVD.
SUITE 201
METAIRIE, LOUISIANA  70002
(504) 833-3036
FAX: (504) 833-7366

OF COUNSEL: MATTHEW M. GOETZ

OF COUNSEL: KEVIN R. KRAUSE

ATTORNEYS AT LAW

NOTARIES PUBLIC

January 11, 2010

Michael J. Williamson
1123 Pithon Street
Lake Charles, LA  70601

Re:   Curt Rome, Jr. & Callie Painter

Dear Michael:

    I have enclosed with this letter a courtesy copy of the Petition for Damages which I filed on behalf of my clients, Curt Rome and Callie Painter. If you have any questions, please feel free to contact me at your convenience, with kindest regards, I remain

                      Sincerely,

                      /MATTHEW M. GOETZ

MMG:vmb
Enclosure